IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
WASHINGTON COUNTY, ILLINOIS

FILED
DEC 1 8 2008

Clerk of Circuit Court
Washington County Illinois

PAULA L. WILSON, )
          Plaintiff, )
v. ) No. 08 L 13
STEVEN ARTHUR TOMPKINS, individually )
and as agent of CRST INC., and CRST INC., )
an Illinois corporation, )
          Defendants. )

## COMPLAINT AT LAW

NOW COMES Plaintiff, PAULA L. WILSON, by and through her attorneys, JAMES M. RIDGE & ASSOCIATES, P.C. and for a cause of action against the Defendants, STEVEN ARTHUR TOMPKINS, individually and as agent of CRST, INC. and CRST, INC., an Illinois corporation, states as follows:

### COUNT I – NEGLIENCE

### STEVEN ARTHUR TOMPKINS

1. That the amount in controversy exceeds $50,000.00.

2. That the facts which give rise to this cause of action occurred in Washington County, 0.2 miles east on I-64, milepost 53 in the west bound lane.

3. That on February 13, 2007 at approximately 01:47 PM, STEVEN A. TOMPKINS, was operating a CRST INC.'s vehicle in the course of his employment in a westerly direction on I-64 at the same location that PAULA L. WILSON was stopped on the shoulder of the highway with her vehicle emergency lights clearly visible.

4. That at all times herein mention, CRST, INC., was, and now is, an Illinois Corporation duly organized and existing under the laws of the State of Illinois and authorized to do business in Illinois.

5. That at said time and place, the Plaintiff, PAULA L. WILSON, had pulled her vehicle to the side of the road and was parked on the shoulder with a fully marked Illinois State Police squad car with the emergency lights activated.

6. That at said time and place, the Defendant, STEVEN ARTHUR TOMPKINS, committed one or more of the following negligent acts and/or omissions:

   (a) Drove his vehicle at a speed that was greater than reasonable having regard for the circumstances including the weather and condition of the highway;

   (b) Failed to maintained control over his vehicle;

   (c) Failed to keep a safe and proper lookout for vehicles parked along side of the road;

   (d) Failed to comply with 625 ILCS 5/11-907 as follows: Upon the immediate approach of an authorized emergency vehicle making use of audible and visual signals meeting the requirements of this Code or a police vehicle properly and lawfully making use of an audible or visual signal, defendant failed to immediately drive to a position parallel to, and as close as possible to, the right-hand edge or curb of the highway clear of any intersection and shall, if necessary to permit the safe passage of the emergency vehicle, stop and remain in such position until the authorized emergency vehicle has passed, unless otherwise directed by a police officer; and

   (e) Was otherwise careless and negligent.

7. That as a direct and proximate result of one or more of the foregoing, the Defendant, STEVEN ARTHUR TOMPKINS, lost control of his vehicle and struck the vehicle of Plaintiff, PAULA L. WILSON.

8. That as a direct and proximate result of one or more of the foregoing, the Plaintiff, PAULA L. WILSON, was injured and sustained damage.

WHEREFORE, Plaintiff, PAULA L. WILSON, prays this Honorable Court to enter judgment against Defendants, STEVEN ARTHUR TOMPKINS, individually and as

agent of CRST, INC. and CRST, INC., an Illinois corporation, and each of them, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs.

## COUNT II- NEGLIGENCE
### CRST, INC.

1. That the amount in controversy exceeds $50,000.00.

2. That the facts which give rise to this cause of action occurred in Washington County, 0.2 miles east of I-64, milepost 53.

3. That on February 13, 2007 at approximately 01:47 PM, STEVEN ARTHUR TOMPKINS, was operating a CRST, INC.'s vehicle in the course of his employment.

4. That at all times herein mention, CRST, was, and now is, an Illinois Corporation duly organized and existing under the laws of the State of Illinois and authorized to do business in Illinois.

5. That CRST, INC. is vicariously liable for the negligent acts /or omissions of the designated employee/agent, STEVEN ARTHUR TOMPKINS by virtue of the agency relationship.

6. That at said time and place, the Plaintiff, PAULA L. WILSON, had pulled her vehicle to the side of the road and was parked on the shoulder with a fully marked Illinois State Police squad car with the emergency lights activated.

7. That at said time and place, the Defendant, STEVEN ARTHUR TOMPKINS, as agent of CRST, INC., committed one or more of the following negligent acts and/or omissions:

    (a)    Drove his vehicle at a speed that was greater than reasonable having regard for the circumstances including the weather and condition of the highway;

    (b)    Failed to maintained control over his vehicle;

(c) Failed to keep a safe and proper lookout for vehicles parked along side of the road;

(d) Failed to comply with 625 ILCS 5/11-907 as follows: Upon the immediate approach of an authorized emergency vehicle making use of audible and visual signals meeting the requirements of this Code or a police vehicle properly and lawfully making use of an audible or visual signal, defendant failed to immediately drive to a position parallel to, and as close as possible to, the right-hand edge or curb of the highway clear of any intersection and shall, if necessary to permit the safe passage of the emergency vehicle, stop and remain in such position until the authorized emergency vehicle has passed, unless otherwise directed by a police officer; and

(e) Was otherwise careless and negligent.

8. That as a direct and proximate result of one or more of the foregoing, the Defendant, STEVEN ARTHUR TOMPKINS, lost control of his vehicle and struck the vehicle of Plaintiff, PAULA L. WILSON.

9. That as a direct and proximate result of one or more of the foregoing, the Plaintiff, PAULA L. WILSON, was injured and sustained damage.

WHEREFORE, Plaintiff, PAULA L. WILSON, prays this Honorable Court to enter judgment against Defendant, CRST, INC., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs.

James M. Ridge & Associates, P.C.

By: *Raymond C. Rose*
Raymond C. Rose
Attorney for Plaintiff

Raymond C. Rose
James M. Ridge & Associates, P.C.
Attorney for Plaintiff
415 N.E. Jefferson Avenue
Peoria, Illinois 61603
(309) 676-1818
Attorney Code No. 2334656