IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA L. WILSON,

Plaintiff,

v.

STEVEN ARTHUR TOMPKINS,
individually, and as agent of
CRST VAN EXPEDITED, INC./
CRST INTERNATIONAL, INC.,
et al.,

Defendants.                                            No. 09-0077-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court are Defendant CRST Van Expedited, Inc.'s motion to dismiss for failure to state a claim upon which relief can be granted (Doc. 18) and Defendant CRST International, Inc's motion to dismiss for failure to state a claim upon which relief can be granted (Doc. 20). Both Defendants move to dismiss the allegation that Tompkins violated 625 ILCS 5/11-907, arguing that under the allegations of Plaintiff's complaint, Defendants could have not violated that statute. In response, Plaintiff concedes that her counsel inserted the incorrect language from that statute (Doc. 24). Plaintiff also requests leave to amend her Complaint

instanter. Based on the following, the Court **GRANTS** the motions to dismiss without prejudice (Docs. 18 & 20) and **ORDERS** Plaintiff to file her Second Amended Complaint instanter.

**IT IS SO ORDERED.**

Signed this 16th day of March, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**