IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAULA L. WILSON**,

**Plaintiff,**

v.

**STEVEN ARTHUR TOMPKINS, individually, and as agent of CRST VAN EXPEDITED, INC./ CRST INTERNATIONAL, INC., et al.,**

**Defendants.**                                                     No. 09-0077-DRH

### ORDER

**HERNDON, Chief Judge:**

On May 10, 2010, Defendant Steven Arthur Thompkins filed his suggestion of bankruptcy (Doc. 51). The suggestion states that on April 7, 2010, Thompkins filed Chapter 7 bankruptcy proceedings in the United States Bankruptcy Court for the Western District Court of Michigan. Pursuant to the automatic stay provision of **11 U.S.C. § 362(a)** of the Bankruptcy Code, this action is **STAYED** as to the claims against Thompkins. The parties shall inform the Court once the bankruptcy proceedings are completed.

**IT IS SO ORDERED.**

Signed this 11th day of May, 2010.

/s/ *David R. Herndon*
**Chief Judge
United States District Court**