IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAULA L. WILSON**,

**Plaintiff,**

v.

**STEVEN ARTHUR TOMPKINS,
individually, and as agent of
CRST VAN EXPEDITED, INC./
CRST INTERNATIONAL, INC.,
et al.,**

**Defendants.**                                                No. 09-0077-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

      This matter comes before the Court on Wilson's motion to file notice of relief from stay (Doc. 56). Wilson's motion states that the Bankruptcy Court of the Western District of Michigan entered an order of relief from stay. Specifically, the Bankruptcy Court entered an Order on July 27, 2010 allowing Wilson "to pursue her claim against Debtor to the extent of any insurance coverage regarding the same. The automatic stay will remain in place with respect to Wilson's claim against either the estate or against Debtor personally." (Doc. 56-1). Thus, the Court **GRANTS** the

motion. Pursuant to the Bankruptcy Court's July 27, 2010 Order, the Court partially **LIFTS** the stay entered on May 11, 2010 and Wilson is allowed to pursue her claim against Thompkins to the extent of any insurance coverage.

**IT IS SO ORDERED.**

Signed this 25th day of August, 2010.

/s/   David R Herndon

**Chief Judge
United States District Court**