IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAULA L. WILSON**,

**Plaintiff,**

v.

**STEVEN ARTHUR TOMPKINS,**
individually, and as agent of
CRST VAN EXPEDITED, INC./
CRST INTERNATIONAL, INC.,
et al.,

**Defendants.**                                              No. 09-0077-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on the parties' stipulation for dismissal with prejudice (Doc. 62). Based on the stipulation, the Court **DISMISSES with prejudice** this case with each party to bear its own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 1st day of December, 2010.

David R. Herndon
2010.12.01
12:34:32 -06'00'

**Chief Judge**
**United States District Court**