IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAULA L. WILSON**,

**Plaintiff,**

v.

**STEVEN ARTHUR TOMPKINS,
individually, and as agent of
CRST VAN EXPEDITED, INC./
CRST INTERNATIONAL, INC.,
et al.,**

**Defendants.**                                                              **No. 09-cv-077-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 1, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                         **NANCY J. ROSENSTENGEL,
                                         CLERK OF COURT**


                                         BY:      /s/*Sandy Pannier*
                                                  **Deputy Clerk**

Dated: December 1, 2010

                    David R.
                    Herndon
                    2010.12.01
                    12:37:42 -06'00'

APPROVED:
              CHIEF JUDGE
              U. S. DISTRICT COURT